United States District Co...

**2:16-cv-01152-APG-NJK**

Frederick Banks, plaintiff,

v.

Federal defendants et al.,

Motion to proceed in forma pauperis

Plaintiff moved to proceed IFP and represents:

1. Plaintiff is incarcerated with no job or income he only has $0.09 on his account.

2. Staff will not provide him with an account statement because it is not available, they said.

3. He has no dependents and has received $100 in the past 12 months from unknown

4. He was last employed at Hamilton Brown from 8/13 to 8/9/13 address, Walmart Tracer 600 Servord St, Pittsburgh 15219

5. He has no access to any funds at the present because of his incarceration wherefore the motion should be granted. Executed under penalty.

Dated: 5/14/16



Frederick ...

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            MAY 19 2016

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```