UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FREDERICK BANKS,

                Plaintiff,

v.

CYNTHIA REED EDDY, et al.

                Defendants.

Case No. 2:16-cv-1152-APG-NJK

**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER**

(ECF No. 5, 6)

        Magistrate Judge Koppe entered an order denying plaintiff Frederick Bank's application to proceed *in forma pauperis* and allowing Banks another opportunity to submit a renewed application and to correct the deficiencies in his amended complaint. No. 5. Banks appealed that ruling to me. ECF No. 6. Banks contends he cannot file a six-month trust fund statement because he has been incarcerated at his present institution for less than six months. However, Banks should be able to submit a certified statement from his inmate trust account for the period he has been incarcerated at FCI Butner. Moreover, Banks' allegations in his appeal about his amended complaint do not satisfy the deficiencies addressed in Judge Koppe's order.

        Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

        IT IS HEREBY ORDERED that Magistrate Judge Koppe's order **(ECF No. 5) is AFFIRMED** and the plaintiff's appeal and motion for reconsideration **(ECF No. 6) is DENIED**. However, I will give Banks one last opportunity to address the issues raised in Judge Koppe's order.

        IT IS FURTHER ORDERED that by November 30, 2016, Banks shall file a renewed application to proceed *in forma pauperis*, accompanied by a signed, completed financial certificate and a certified statement from his inmate trust account for the period he has been incarcerated at FCI Butner. In the alternative, Banks shall make the necessary arrangements to pay the filing fee of $400, accompanied by a copy of this order.

IT IS FURTHER ORDERED that by November 30, 2016, Banks may file a Second Amended Complaint if he believes he can correct the deficiencies noted in Judge Koppe's orders.

IT IS FURTHER ORDERED that the failure to comply with any portion of this order will result in dismissal of this action.

DATED this 14th day of October, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE