**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK BANKS, ) | |
| ) | Case No. 2:16-cv-01152-APG-NJK |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| CYNTHIA REED EDDY, et al., ) | |
| ) | (Docket No. 14) |
| Defendants. ) | |

Pending before the Court is Plaintiff's motion to compel. Docket No. 14. On February 1, 2017, United States District Judge Andrew P. Gordon gave Plaintiff the opportunity to file a fourth amended complaint. Docket No. 11. On February 10, 2017, Plaintiff filed a fourth amended complaint. Docket No. 12. However, the Court has not yet screened Plaintiff's fourth amended complaint. Plaintiff's motion to compel is therefore premature.

Accordingly, the Court hereby **DENIES** Plaintiff's motion to compel. Docket No. 14.

IT IS SO ORDERED.

Dated: March 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge