UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| FREDERICK BANKS, | Case No. 2:16-cv-01152-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CYNTHIA REED EDDY, *et al.*, | (ECF No. 15) |
| Defendants. | |

The procedural history of this case is set forth in Magistrate Judge Koppe's March 31, 2017 Order, so I will not repeat it here. ECF No. 17. In short, plaintiff Frederick Banks has had several chances to correct the errors in both his application to proceed in forma pauperis and his complaint. But Banks has failed to do so. In my last order, I pointed out that Banks's proposed second amended complaint did not properly allege that this court is the proper venue to litigate his claims. ECF No. 11 at 2. I granted Banks leave to amend to correct this pleading error if he could. He has not done so.

Banks's third amended complaint fails to demonstrate that a substantial part of the events giving rise to his claims occurred in this district. 28 U.S.C. § 1391(b). Banks makes only two allegations related to this district: (1) defendants Pivnichny and Eddy "traveled to Las Vegas in this District to spend monies they had received for their dirty work in the fix," and (2) "the then director of the Central Intelligence Agency ('CIA') John Brennan and his agents at the CIA started bombarding plaintiff with an (sic) wireless signal that originated in Las Vegas Nevada sent via satellite with GPS tracking . . . ." ECF No. 15 at ¶¶ 5, 8. Moreover, none of the defendants is a Nevada resident so venue cannot be based on 28 U.S.C. § 1391(b)(1).[1] ECF No.

---

[1] Banks's proposed third amended complaint likewise fails to allege that any of the defendants has sufficient minimum contacts with this district to justify the exercise of personal jurisdiction over them.

15 at 1. Banks is in federal custody in Butner, North Carolina, but apparently has sought relief for his allegations in the United States District Court for the Western District of Pennsylvania. *Id.* at 4, ¶ 9. Venue may be proper there, but it is not proper in this district. I will dismiss this lawsuit without prejudice to Banks asserting his claims in a proper venue. 28 U.S.C. § 1406(a).

IT IS THEREFORE ORDERED that Banks's motion to vacate **(ECF No. 15) is DENIED**, and this case is dismissed without prejudice. The clerk of the court is directed to close this file.

DATED this 8th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE